

# Summons

ORIGINAL

In the matter of __James M. Ramalho__
Internal Revenue Service (Division): __Small Business Self Employed Division__
Industry/Area (name or number): __Compliance Area 1__
Periods: __January 1, 2002 through December 31, 2004__

## The Commissioner of Internal Revenue

**To:** __James M. Ramalho__

**At:** __24 Bullard Drive  Hooksett  New Hampshire  03106__

You are hereby summoned and required to appear before __Alan Rowe, Revenue Agent, Identification Number 02-00516__ an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Please see the attachment to summons.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
1000 Elm Street  Suite 900  Manchester, NH  03101  Telephone ( 603 ) 628-1047

**Place and time for appearance at** 1000 Elm Street  Suite 900  Manchester, NH  03101  Telephone ( 603 ) 628-1047

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the __3rd__ day of __November__, __2005__ at __9:00__ o'clock __a__. m.
Issued under authority of the Internal Revenue Code this __7th__ day of __October__, __2005__.

_Alan Rowe_
Signature of issuing officer — Revenue Agent — Title

Signature of approving officer (if applicable) — Group Manager — Title

**Original** — to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| October 7, 2005 | 9:45 A.M. |

**How Summons Was Served**

1. ☒ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed. ✳

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____

| Signature | Title |
|---|---|
| Ala Rowe | Revenue Agent |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: October 7, 2005    Time: 9:45 A.M.

Name of Noticee: James M. Ramalho

Address of Noticee (if mailed): 24 Bullard Drive   Hooksett, NH  03106

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☒ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|---|---|
| Ala Rowe | Revenue Agent |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
|  | Revenue Agent |

✳ I placed the summons in James M. Ramalho's hand. Mr. Ramalho then followed me and placed the summons on the hood of my car. I placed the summons on the driveway and lef[t]

Form **2039** (Rev. 12-2001)