U.S. D...
District of New Hampshire

JAN 0 9 2006

**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA,            )
                                     )
            Petitioner,              )
                                     )
      v.                             )      Misc. No. 1:06-mc-1-JD
                                     )
JAMES M. RAMALHO,                    )
                                     )
            Respondent.              )
                                     )

ORDER TO SHOW CAUSE

In accordance with 28 U.S.C. § 636(b)(1)(B), Magistrate Judge James R. Muirhead, is designated to review and, if necessary, conduct the hearing on the government's Petition to Enforce Internal Revenue Service Summons pursuant to the provisions of 26 U.S.C. §§ 7402(b) and 7604(a).

In accordance with subparagraph (C), the Magistrate Judge shall file his proposed findings and recommendations under subparagraph (B) with the Court, and a copy shall forthwith be mailed to all parties.

Upon the petition, the exhibits attached to the petition, including the Declaration of Alan Rowe, Revenue Agent of the Internal Revenue Service, and upon the motion of Thomas P. Colantuono, United States Attorney for the District of New Hampshire, it is

ORDERED that James M. Ramalho appear before the Honorable James R. Muirhead, United States Magistrate Judge for the District of New Hampshire, in the Warren Rudman Courthouse, located at 55 Pleasant Street, Concord, New Hampshire, on the 16th day of February, 2006, at 9:30 a.m., to show cause why

he should not be compelled to obey the Internal Revenue Service summons served upon him on October 7, 2005. It is further

ORDERED that a copy of this Order, together with the petition and exhibits attached to that petition, be served in accordance with Federal Rule of Civil Procedure 4 upon James M. Ramalho on or before _February 1_, 2006. It is further

ORDERED that within ten (10) days of service of a copy of this Order and the petition with exhibits upon him, the respondent, James M. Ramalho, shall file and serve a written response to the petition supported by appropriate affidavit, as well as any motion the respondent desires to make. All motions and issues raised by the respondent will be considered upon the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit will be considered at the return of this Order and any uncontested allegations in the petition will be considered as admitted.

DONE and ORDERED at Concord, New Hampshire, this _9th_ day of _January_, 2006.

_Joseph A. DiClerico_
U.S. District Court Judge

2