```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

UNITED STATES OF AMERICA,      )
                               )
       Petitioner,            )
                               )
  v.                           )    Misc. No.  06-001-JD
                               )
JAMES M. RAMALHO,              )
                               )
       Respondent.            )
_____)

<u>NOTICE</u>

The purpose of this notice is to advise the Court that the United States of America no longer wishes to seek enforcement of the summons which underlies this enforcement action. For that reason, the United States seeks to withdraw its pending Petition to Enforce IRS Summons and asks that the Court vacate its Order to Show Cause issued on January 9, 2006.

Copies of this Notice and, if issued, the Order vacating the Order to Show Cause, will be mailed, via certified mail, return receipt requested, to James M. Ramalho both at 24 Bullard Drive Hooksett, NH 03106 and at 33 Bullard Drive, Hooksett, NH 03106.

                                        Respectfully submitted,

                                        THOMAS P. COLANTUONO
                                        United States Attorney

                                        By: <u>/s/ Gretchen Leah Witt</u>
                                        Gretchen Leah Witt
                                        Assistant U.S. Attorney
                                        Chief, Civil Division
                                        NH Bar No. 2775
                                        53 Pleasant Street
                                        Concord, NH 03301
February 3, 2006                      603-225-1552

CERTIFICATE OF SERVICE

    I certify that on this 3rd day of February, 2006, a copy of the above Notice was mailed, via certified mail, return receipt requested, to James M. Ramalho at 24 Bullard Drive Hooksett, New Hampshire 03106 and at 33 Bullard Drive, Hooksett, New Hampshire 03106.

                                        /s/ Gretchen Leah Witt
                                        Gretchen Leah Witt, AUSA