U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2006 FEB 14 P 2: 03

James M. Ramalho
Appearing By Convenience, Not By Confirmed Right Of A U.S. District Court
Appearing Specially, Privately, and Not Generally:

> **Legal Address**: Lot 12 on "Plan of Lots," Plan 2478, of Overland Terrace ("OT"): Beginning OT - southeast corner of Lot 11 on northerly line of Bullard Drive; then N 00° 57' W by the easterly line of said Lot 11, 113.38 feet to a point; then N 72° 30' E, 132.57 feet to a point; then S 21.° 16' E, 287.94 feet to a drill hole in stone in stone wall; from said point, being the northeast corner of Lot #13; then N 74° 46' W by the northeasterly line of said Lot 13, 180.88 feet to a point on the curve of Bullard Drive; then northerly by the curve of Bullard Drive; curve radius being 55.0 feet; the half delta being 52° 05' a distance of 100.0 feet to the point of beginning, located specifically, legally, by said coordinates in the organic and legal Town of Hookset, in the organic and legal County of Merrimack, in the organic and legal State of New Hampshire – not owned by United States of America, – not a post Road; – not on a post Road; – not in a U.S. district.

## IN THE UNITED STATES [ALLEGED] DISTRICT COURT
## FOR THE [ALLEGED] DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Alan Rowe, for the Internal Revenue Service, federal agency, for the United States of America, et al, | MOTION TO COOPERATE IN DISMISSAL OF INSTANT NUMBERED CASE, WITH PREJUDICE |
| [Counter-Charged as Fraudulent] Petitioner, | |
| v. | |
| James M. Ramalho, | Misc. Case # 1 : 06 – mc – 1 – JD |
| Appearing As Stated Above, As | Judge: Joseph A. DiClerico, Jr. |
| Responding Demandant, | |

SPECIALLY APPEARING NOW, James M. Ramalho, respectfully, as responding demandant, appearing specially, privately, and not generally, for purposes of providing a courteous as well as needful – to clear up any misunderstanding – cooperation for any inadvertent mishap from which the above numbered miscellaneous case number arose, provide this Stipulation To Dismiss The Order To Show Cause and Subsequent Hearing as brought by Petitioner at the previous time and date.

This Stipulation Motion complies with the responding demandant's prior <u>Motion To Obey The Constitution For The United States Above All Other Laws Applicable Thereto</u> that it was also stipulated that all parties to the said numbered action be bound to, without variance or denial thereof.

This Special Appearance is provided in order to provide harmonious concurrence with the U.S. attorneys representing [] petitioner's inadvertent and mistaken action for which this court was unnecessarily and in error put to task to consider, as done by it per its own issuance for order to show cause to be concluded by hearing in support thereof;

It being the understanding of responding demandant that there be a necessity, in accordance to the local rules for government made by the court for its own civil procedures, for the two parties to this action to petition or motion together in both harmony and will to cooperate in its dismissal, and it being agreed to that the [] petitioner first submit its own motion for dismissal of the above numbered instant case, and responding demandant having confirmed that such has been done as agreed to, therefore responding demandant hereby submits this cooperative stipulation as motion that the above numbered case, in all of its subject matter, be dismissed with prejudice;

IT IS THEREFORE PROPOSED,

BY MOTION TO THE COURT THAT,

THE ABOVE NUMBERED CASE

BE DISMISSED,

WITH PREJUDICE

Respectfully and Objectively Submitted,

___2 / 14 / 2006___

*[signature]*

Appearing Specially,
James M. Ramalho, Responding Demandant

# CERTIFICATE OF SERVICE

I, __James M. Ramalho__, hereby certify that I have filed a true and correct copy of this __Motion To Cooperate In Dismissal Of Instant Numbered Case, With Prejudice__ with the Clerk of the Court for the United States [alleged] District Court for the [alleged] District of New Hampshire, and have caused that a true and correct copy of the same be served by mail, upon the persons at the addresses shown below.

Gretchen L. Witt, attorney for
Alan Rowe - 02-00516, et al;
   Internal Revenue Service federal agency
53 Pleasant Street – not a post Road, not on a post Road, not in a U.S. district
Concord, New Hampshire – near Post Office numbered 03301


Dated this __14th__ day of __February__, 2006.


_____

James M. Ramalho